1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
8

## EASTERN DISTRICT OF CALIFORNIA

9  ALAN GJUROVICH, et al,                    CASE NO. 1:10-cv-01871-LJO-SMS

10                 Plaintiffs,               ORDER GRANTING PLAINTIFF'S
                                             MOTION TO PROCEED
11         v.                                *IN FORMA PAUPERIS*

12  STATE OF CALIFORNIA, et al,

13                 Defendants.               (Doc. 2)
    _____/
14

15         By a motion filed October 8, 2010, Plaintiff Alan Gjurovich seeks to proceed *in forma*

16  *pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

17  1915(a).

18         Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

19         Notwithstanding this order, the Court does not direct that service be undertaken until the

20  Court screens the complaint in due course and issues its screening order.

21

22  IT IS SO ORDERED.

23  **Dated:    October 15, 2010**              _____/s/ Sandra M. Snyder_____
                                             UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1