1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ALAN GJUROVICH, et al,                    CASE NO. 1:10-cv-01871-LJO-SMS

10                         Plaintiffs,         ORDER GRANTING PLAINTIFF'S
                                               MOTION TO PROCEED
11            v.                               *IN FORMA PAUPERIS*

12   STATE OF CALIFORNIA, et al,

13                         Defendants.         (Doc. 3)
     _____/

14

15        By a motion filed October 8, 2010, Plaintiff Star: Hills seeks to proceed *in forma*

16   *pauperis*.  Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. §

17   1915(a).

18        Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

19        Notwithstanding this order, the Court does not direct that service be undertaken until the

20   Court screens the complaint in due course and issues its screening order.

21

22   IT IS SO ORDERED.

23   **Dated:    October 15, 2010**              **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28